DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAUNCEY BUTLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3429

[February 10, 2022]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 06-88CF10A.

Chauncey Butler, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***